# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

JEFFERSON RAFFIELD,

      Plaintiff,

v.                                 CASE NO. 5:09cv11-RH/AK

GULF COUNTY SHERIFF'S OFFICE,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 18). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on December 22, 2009.

                              s/Robert L. Hinkle_____
                              United States District Judge